AYABE, CHONG, NISHIMOTO,
SIA & NAKAMURA
A Limited Liability Law Partnership

SIDNEY K. AYABE 968-0
STEVEN L. GOTO 6041-0
1003 Bishop Street, Suite 2500
Honolulu, Hawaii 96813
Telephone: (808) 537-6119
Facsimile: (808) 526-3491
Email: sidney.ayabe@hawadvocate.com
steven.goto@hawadvocate.com

Attorneys for Defendants
DISCOVERING HIDDEN HAWAII TOURS, INC.,
and LEO A. M. MALAGON III

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| VINCENT KHOURY TYLOR and VINCENT SCOTT TYLOR,<br><br>Plaintiffs,<br><br>vs.<br><br>DISCOVERING HIDDEN HAWAII TOURS, INC., a Hawaii Corporation, dba DISCOVER HAWAII TOURS and dba BIG ISLAND VOLCANO TOURS; LEO A. M. MALAGON III, an individual, JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; and DOE ASSOCIATIONS 1-10,<br><br>Defendants. | CIVIL NO. CV14-00036 JMS-RLP<br>(Copyright Infringement)<br><br>DEFENDANTS DISCOVERING HIDDEN HAWAII TOURS, INC., and LEO A. M. MALAGON III'S SCHEDULING CONFERENCE STATEMENT; CERTIFICATE OF SERVICE<br><br><u>Rule 16 Scheduling Conference</u>:<br>Date: May 12, 2014<br>Time: 9:00 a.m.<br>Judge: Hon. Mag. Richard L. Puglisi |

#647176

DEFENDANTS DISCOVERING HIDDEN HAWAII TOURS, INC., and LEO A. M. MALAGON III'S
SCHEDULING CONFERENCE STATEMENT

Defendants DISCOVERING HIDDEN HAWAII TOURS, INC., and LEO A. M. MALAGON III, by and through their attorneys, Ayabe, Chong, Nishimoto, Sia & Nakamura, LLLP, hereby respectfully submit their Scheduling Conference Statement pursuant to Local Rule 16.2(b) of the Rules of the United States District Court for the District of Hawaii.

1. Statement of the Nature of the Case.

This lawsuit arises out of alleged violations of federal copyright laws through the selection, posting and/or re-posting of photographs discovered on the internet by a former employee and/or contractor of Discovering Hidden Hawaii Tours, Inc., as well as by potential others not employed by the company. Defendant Leo Malagon had no knowledge of the alleged violations as they are claimed to have occurred.

2. Statement of Jurisdiction and Venue.

The First Amended Complaint in this matter was filed on February 14, 2014. Owing to the continuing investigation into the allegations, complicated by the separation of the former employees involved with the identified internet postings, issues as to jurisdiction and venue remain

unresolved. However, at this juncture, Defendants are not aware of any facts which would preclude jurisdiction or venue in this Court.

3. Jury Demand.

Defendants have not been served with a Demand for Jury Trial.

4. Appropriateness, Extent and Timing of Fed. R. Civ. P. 26 and L.R. 26.1 Disclosures

The parties have agreed to postpone the disclosures provided by Rule 26, FRCP, and L.R. 26.1 while the investigation and early settlement discussions continue.

5. Anticipated Motions and Discovery.

A. Motions

There are no motions currently pending before the Court.

B. Discovery

Formal discovery has not yet been commenced by any party. Discovery is being temporarily postponed while the parties attempt early settlement discussions.

6. Statement on Fed. R. Civ. P. 16(c) and L.R. 16.2

One of the Matters for Consideration at a Pretrial Conference as provided for in Fed. R. Civ. P. 16(c)(2) is to have the Court take action with respect to "facilitating in other ways the just, speedy, and inexpensive disposition of the action." See Fed. R. Civ. P. 16(c)(2)(P) (West 2014).

Insofar as the parties are engaged in early settlement discussions, Defendants ask that the Court refrain from setting pretrial deadlines in this matter in order to keep the fees and costs of formal litigation to a minimum.

7. Statement of Related Cases.

Defendants are not aware of any other related lawsuits having been filed against them.

8. Other Matters.

Other matters to be discussed at the Scheduling Conference. Defendants may be willing to participate in mediation if the Court believes it would be meaningful.

DATED: Honolulu, Hawaii, May 5, 2014.

/s/ Steven L. Goto
SIDNEY K. AYABE
STEVEN L. GOTO
Attorneys for Defendants
DISCOVERING HIDDEN HAWAII TOURS, INC. and LEO MALAGON, III

---



---

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| VINCENT KHOURY TYLOR and VINCENT SCOTT TYLOR,<br><br>Plaintiffs,<br>vs.<br><br>DISCOVERING HIDDEN HAWAII TOURS, INC., a Hawaii Corporation, dba DISCOVER HAWAII TOURS and dba BIG ISLAND VOLCANO TOURS; LEO A. M. MALAGON III, an individual, JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; and DOE ASSOCIATIONS 1-10,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL NO. CV14-00036 JMS-RLP<br>(Copyright Infringement)<br><br>CERTIFICATE OF SERVICE<br><br><br>[Re: Defendants Discovering Hidden Hawaii Tours, Inc., and Leo A. M. Malagon III's Scheduling Conference Statement] |

#647176

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the date stated below, a true and correct copy of the foregoing document was duly served upon the following by electronic mail through CM/ECF and/or U.S. Mail, postage prepaid, as indicated and as dated below:

| | CM/ECF E-MAIL | U.S. MAIL |
|---|---|---|
| J. STEPHEN STREET, ESQ.<br>134 Maono Plce<br>Honolulu, Hawaii 96821 | X | |
| DANE ANDERSON, ESQ.<br>P.O. Box #1621<br>Honolulu, Hawaii 96806 | X | |

Attorneys for Plaintiffs VINCENT KHOURY TYLOR and VINCENT SCOTT TYLOR

DATED: Honolulu, Hawaii, May 5, 2014.

/s/ Steven L. Goto
SIDNEY K. AYABE
STEVEN L. GOTO
Attorneys for Defendants
DISCOVERING HIDDEN HAWAII TOURS, INC. and LEO MALAGON, III