J. STEPHEN STREET 1573-0
Attorney At Law
134 Maono Place
Honolulu, Hawaii 96821
Telephone No.: (808) 754-1647
Facsimile No.: (888) 334-6499
E-mail: jsstreet@ip-law-hawaii.com

DANE ANDERSON 9349-0
Attorney At Law, LLLC
P.O. Box #1621
Honolulu, Hawaii 96806
Telephone No.: (808) 285-4760
E-mail: dane@andersonlawhawaii.com

Attorneys for Plaintiffs
VINCENT KHOURY TYLOR
and VINCENT SCOTT TYLOR

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| VINCENT KHOURY TYLOR and VINCENT SCOTT TYLOR,<br><br>Plaintiffs,<br><br>vs.<br><br>DISCOVERING HIDDEN HAWAII TOURS, INC., a Hawaii Corporation, dba DISCOVER HAWAII TOURS and dba BIG ISLAND VOLCANO TOURS; LEO A. M. MALAGON III, an individual, JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; and DOE ASSOCIATIONS 1-10,<br><br>Defendants. | CIVIL NO. CV14-00036 JMS-RLP<br>(Copyright Infringement)<br><br>STIPULATED PERMANENT INJUNCTION; EXHIBITS A - B; CERTIFICATE OF SERVICE |

**STIPULATED PERMANENT INJUNCTION**

IT IS HEREBY STIPULATED by and between DISCOVERING HIDDEN HAWAII TOURS, INC., a Hawaii Corporation, dba DISCOVER HAWAII TOURS and dba BIG ISLAND VOLCANO TOURS and LEO A. M. MALAGON III, an individual (collectively referred to as "DEFENDANTS"), and VINCENT KHOURY TYLOR and VINCENT SCOTT TYLOR (collectively referred to as "PLAINTIFFS"), being all of the parties who have appeared in this case, as follows:

DEFENDANTS and their officers, directors, agents and employees, together with all others in active concert or participation with them who receive actual knowledge of this, are hereby permanently enjoined from any and all publication, display, copying, distribution, creation of derivative works, or other use of the photographic works of VINCENT KHOURY TYLOR attached as Exhibit A, and the photographic works of VINCENT SCOTT TYLOR attached as Exhibit B, without prior written consent of the respective owner of the photographic works.

DATED: Honolulu, Hawai`i, June 10, 2014.

/s/ J. Stephen Street
J. STEPHEN STREET
DANE ANDERSON
Attorneys for Plaintiffs

/s/ Steven L. Goto
SIDNEY K. AYABE
STEVEN L. GOTO
AYABE, CHONG, NISHIMOTO, SIA & NAKAMURA, LLLP
Attorneys for Defendants

APPROVED AND SO ORDERED:

DATED: Honolulu, Hawaii, June 12, 2014.

/s/ J. Michael Seabright
J. Michael Seabright
United States District Judge